NO. 12-10-00016-CR

 

IN
THE COURT OF APPEALS          

 

TWELFTH COURT OF
APPEALS DISTRICT

 

TYLER,
 TEXAS

QUILLON
AKMON BROWN,                     §                      APPEAL FROM THE 7TH

APPELLANT

 

V.                                                                    §                      JUDICIAL
DISTRICT COURT 

 

THE
STATE OF TEXAS,

APPELLEE                                                   §                      SMITH
COUNTY, TEXAS







                                                      MEMORANDUM
OPINION

                                                                  PER
CURIAM

Appellant has filed a motion to
dismiss this appeal.  The motion is signed by Appellant and by his counsel.  No
decision having been delivered by this court, the motion is granted, and the
appeal is dismissed in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion
delivered May 19, 2010.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

                                                            (DO
NOT PUBLISH)